**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>　　Ralonda Brown<br><br>　　　　Debtor(s) | Case No. 14-41531 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　1)  The case was filed on 11/18/2014.

　　2)  The plan was confirmed on 03/27/2015.

　　3)  The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

　　4)  The trustee filed action to remedy default by the debtor in performance under the plan on 02/26/2016.

　　5)  The case was converted on 07/08/2016.

　　6)  Number of months from filing to last payment: 17.

　　7)  Number of months case was pending: 20.

　　8)  Total value of assets abandoned by court order:  NA .

　　9)  Total value of assets exempted: $879.00.

　　10) Amount of unsecured claims discharged without payment: $0.00.

　　11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $5,376.00 |
| Less amount refunded to debtor | $0.00 |

**NET RECEIPTS:** $5,376.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $789.73 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $230.80 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $1,020.53

Attorney fees paid and disclosed by debtor:   $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMLI MANAGEMENT COMPANY | Unsecured | 5,923.00 | 5,922.80 | 5,922.80 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 930.00 | 930.00 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 430.00 | 430.00 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 1,422.56 | 1,422.56 | 0.00 | 0.00 |
| AURORA EMERGENCY ASSOCIATES | Unsecured | NA | 833.00 | 833.00 | 0.00 | 0.00 |
| AURORA EMERGENCY ASSOCIATES | Unsecured | NA | 586.00 | 586.00 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Secured | 13,000.00 | 13,000.00 | 13,000.00 | 3,689.62 | 665.85 |
| CAPITAL ONE AUTO FINANCE | Unsecured | NA | 9,544.74 | 9,544.74 | 0.00 | 0.00 |
| CERASTES LLC | Unsecured | NA | 430.00 | 430.00 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | NA | 244.00 | 244.00 | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 681.15 | 467.21 | 467.21 | 0.00 | 0.00 |
| DELBERT SERVICES CORPORATION | Unsecured | 2,584.00 | 2,584.39 | 2,584.39 | 0.00 | 0.00 |
| HEALTHCARE ASSOC CREDIT UNION | Unsecured | NA | 643.60 | 643.60 | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE COMPAN | Unsecured | 105.96 | 334.87 | 334.87 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 846.68 | 915.16 | 915.16 | 0.00 | 0.00 |
| KEYNOTE CONSULTING INC | Unsecured | 897.00 | 897.00 | 897.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,067.00 | 1,067.40 | 1,067.40 | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 410.00 | 410.20 | 410.20 | 0.00 | 0.00 |
| CASHCALL INC | Unsecured | 2,500.00 | NA | NA | 0.00 | 0.00 |
| CDA/PONTIAC/ASSOC PATHOLOGIST | Unsecured | 595.00 | NA | NA | 0.00 | 0.00 |
| CU RECOVERY INC | Unsecured | 740.14 | NA | NA | 0.00 | 0.00 |
| ATG CREDIT/VALLEY IMAGING CON | Unsecured | 104.00 | NA | NA | 0.00 | 0.00 |
| CAINE WEINER/ASHFORD UNIVERSI | Unsecured | 929.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN MEDICAL COLLECTION | Unsecured | 160.00 | NA | NA | 0.00 | 0.00 |
| AMEX | Unsecured | 782.00 | NA | NA | 0.00 | 0.00 |
| KOHLS/CAPITAL ONE | Unsecured | 189.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| LINEBERGER GOGGAN BLAIR & SAM | Unsecured | 244.00 | NA | NA | 0.00 | 0.00 |
| MARAUDER CORPORATION/M1Y DII | Unsecured | 430.00 | NA | NA | 0.00 | 0.00 |
| MCSI INC/CITY OF WARRENVILLE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CR/CENTRAL DUPAGE | Unsecured | 456.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP | Unsecured | 771.19 | NA | NA | 0.00 | 0.00 |
| ER SOLUTIONS CONVERGENT OUTS | Unsecured | 608.00 | NA | NA | 0.00 | 0.00 |
| HEALTH LAB | Unsecured | 1,040.83 | NA | NA | 0.00 | 0.00 |
| HRGG | Unsecured | 1,419.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| AT&T MIDWEST/IC SYSTEM | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY AUTHORITY | Unsecured | 85.60 | NA | NA | 0.00 | 0.00 |
| PHILLIPS & COHEN ASSOCIATES LTI | Unsecured | 665.07 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS IMMEDIATE CARE CHIC | Unsecured | 44.00 | NA | NA | 0.00 | 0.00 |
| PROFESSIONAL PLACEMENT SERVIC | Unsecured | 1,422.56 | NA | NA | 0.00 | 0.00 |
| STONE CROSSING APARTMENTS LP | Unsecured | 1,473.88 | NA | NA | 0.00 | 0.00 |
| TRIDENT ASST/GRAND VICTORIA CA | Unsecured | 1,050.00 | NA | NA | 0.00 | 0.00 |
| SFC CENTRAL BANKRUPTCY | Unsecured | 1,020.00 | 1,020.00 | 1,020.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | 81,268.00 | 78,658.09 | 78,658.09 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION | Unsecured | NA | 4,470.66 | 4,470.66 | 0.00 | 0.00 |
| VATIV RECOVERY SOLUTIONS LLC | Unsecured | 12,200.77 | 13,169.98 | 13,169.98 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $13,000.00 | $3,689.62 | $665.85 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$13,000.00** | **$3,689.62** | **$665.85** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$124,981.66** | **$0.00** | **$0.00** |

| **Disbursements:** | |
|---|---:|
| Expenses of Administration | $1,020.53 |
| Disbursements to Creditors | $4,355.47 |
| **TOTAL DISBURSEMENTS** : | **$5,376.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 07/18/2016                              By: /s/ Glenn Stearns
                                                                                  Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**